# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br><br>EL COMANDANTE MANAGEMENT COMPANY LLC<br><br>XXX-XX1261<br><br>Debtor(s) | CASE NO. 04-10938 ESL<br>Chapter 11<br><br><br>FILED & ENTERED ON 7/12/2005 |

## O R D E R

The court having considered the application of the debtor to employ Advanced Research Center and declaration in support thereof, and it appearing that Advanced Research Center is a disinterested person and that the employment of said business research company is in the best interest of this estate, it is hereby

ORDERED that the debtor herein is authorized to employ Advanced Research Center as business research company, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications therefor.

SO ORDERED.

San Juan, Puerto Rico, this 12 day of July, 2005.

*Lamoutte* (signature)

ENRIQUE S. LAMOUTTE INCLAN
U.S. Bankruptcy Judge

C:   DEBTOR(S)
     DAVID GODREAU
     WELLS FARGO BANK, NATIONAL ASSOCIATIO
     UST
     Advanced Research Center