IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| In re | Chapter 11 |
| EL COMANDANTE MANAGEMENT COMPANY LLC., | Case No. 04-10938 (SEK) |
| Debtor | |
| In re: | Chapter 11 |
| HOUSING DEVELOPMENT ASSOCIATES, S.E., | Case No. 04-10939 (SEK) |
| Debtor | |
| In re: | Chapter 11 |
| EL COMANDANTE CAPITAL CORPORATION | Case No. 04-10940 (SEK) |

NOTICE OF APPEARANCE AND REQUEST TO BE
ADDED TO MASTER ADDRESS LIST

TO THE HONORABLE COURT:

Comes now creditor **Confederación Hípica de Puerto Rico, Inc.** through the undersigned attorneys and respectfully states and prays:

1) The firm of García & Fernández hereby enters its appearance as counsel for creditor Confederación Hípica de Puerto Rico, Inc.

2) The undersigned law firm hereby requests that its address be added to the master address list, and to be notified of any and all documents pertaining to the party in interest mentioned above in the case of reference.

In San Juan, Puerto Rico, dated on October 26, 2004.

Notice Of Appearance And Request To Be
Added To Master Address List
Page 2

    **I HEREBY CERTIFY** that on this date copy of this writing was sent via first-class mail, postage prepaid to: **U.S. Trustee's Office**, Edif. Ochoa, Ofic. 301, Calle Tanca #500, San Juan, PR. 00901-1922, and to Debtor's attorney **Daniel K. Astin**, at The Bayard Firm, 222 Delaware Avenue, Suite 900, Post Office Box 25130 Wilmington, Delaware 19899-5130

          **GARCÍA & FERNÁNDEZ**
          33 Calle Bolivia, Suite 701
          San Juan, PR 00917-2010
          Tel.: (787) 764-1932
          Fax: (787) 766-2132

_____
**John M. García Nokonechna**
**USDC #115805**

_____
**Viviana Rodríguez Ortiz**
**USDC #206111**

_____
**Edgardo Muñoz Maldonado**
**USDC #125713**

_____
**Omara Méndez Bernard**
**USDC #218712**