IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

EL COMANDANTE MANAGEMENT
COMPANY, LLC, et al.,

Debtors.

CASE NO. 04-10938 (ESL)

CHAPTER 11

## ORDER AND NOTICE

This case came before the court on March 29, 2006, to consider all pending contested matters relating to the applications for interim compensation filed by accountants, RSM ROC & Co.: Application Of Accountants For Interim Compensation filed by RSM ROC & Co. (Docket No. 291); Objection of Wells Fargo Bank, National Association, As Indenture Trustee, To The Application Of RSM ROC & Company, Accountants, For Interim Compensation (the "Indenture Trustee") (Docket No. 306); Debtors' Reply To Opposition Of Indenture Trustee (Docket No. 452); Order of October 4, 2005 (Docket No. 457); Response of the Indenture Trustee To Reply Of Debtors Opposing The Indenture Trustee's Objection To The Application For Interim Compensation Of RSM ROC & Co., Accountants (Docket No. 486); Debtors' Opposition Of Indenture Trustee (Docket No. 588); Application Of Accountants For Interim Compensation (Docket No. 667); the Indenture Trustee's objection to the accountants' application for interim compensation (Docket No. 774); Application Of Accountants For Interim Compensation And Fee Estimate (Docket No. 828); Addendum To The Application Of Accountants For Interim Compensation And Final Fee Estimate (Docket No. 848); Order of February 20, 2006 (Docket No. 913); Debtors' Reply To Indenture Trustee's Objection To The Application For Interim Compensation Of RSM ROC & Company (Docket No. 999).

After considering the evidence presented, the arguments of the parties, and the applications, as amended and clarified, the court finds that the applications for interim compensation filed by the

accountants, RSM ROC & Company, are reasonable and that the services rendered benefitted the estate. The evidence proffered by the debtors show that the accountants assisted in the preparation of the debtors' monthly operating reports, the debtors' disclosure statement and the plan of reorganization, amongst other tasks. The Indenture Trustee objected on the grounds that the accountants' reports were prepared on an hourly basis instead of increments of tenth of an hour, as requested by the court. However, it was clarified that the time billed was the actual time spent. The court finds that, although the billing report was not prepared on increments of tenth of an hour, the time reported reflect the actual work performed by the accountants.

In view of the foregoing, the applications for interim compensation filed by the accountants, RSM ROC & Company, are hereby approved, as the fees requested meet the standards of reasonableness and the services rendered benefitted the debtors' estate. Thus, the amount of $30,470 held in abeyance in application for interim compensation (Docket No. 291) is approved.

The following application for interim compensation filed by RSM ROC & Company are approved, as set forth below:

1. Application for Compensation (Docket No. 291): Total amount: $81,854.00

   Fees: $81,488.00    Expenses: $357.00    Paid: $51,375.00

   Balance: $30,470.00

2. Application for Compensation (Docket No. 667): Total amount: $41,390.00

   Fees: $41,384.00    Expenses: $6.00

3. Application for Compensation (Docket No. 828): Total amount: $20,805.00

   Fees: $20,797.00    Expenses: $8.00

4.      Addendum to Applications (Docket No. 848):

Total amount owed under Applications (Docket entries No. 291, 667 and 848):

$92,665.00

SO ORDERED.

In San Juan, Puerto Rico, this _31_ day of March, 2006.


_____
ENRIQUE S. LAMOUTTE
U.S. Bankruptcy Judge

- 3 -