# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF PUERTO RICO

In re:                                         Bk. No. 04-10938 (ESL)
                                               Chapter 11
El Comandante Management Company, LLC,         Jointly Administered
et al.,
                 Debtors

## ORDER

On May 4, 2006, the Court held a hearing on the Debtors' Motion for Reconsideration of Application for the Appointment of Special Counsel for Debtor (Doc. No. 790) (the "Motion"). For the reasons stated on the record and in the Court's Order dated May 4, 2006 (Doc. No. 1116), the Motion was considered as a new application by the Debtors to approve the retention of Prince, Lobel, Glovsky & Tye, LLP (the "Prince Firm") as special counsel for the Debtors. At the conclusion of the hearing, the Court took the Motion under advisement. After consideration of the objections to the Motion, the arguments of counsel and the Court's review of the Debtors proposed plan of reorganization, it is hereby ORDERED:

1.     The Motion is hereby GRANTED, subject to the provisions of this order.

2.     The Debtors are authorized to employ the Prince Firm as special counsel on the terms set forth on the Motion, including the payment of a retainer of up to $50,000.00.

3.     All fees and expenses of the Prince Firm are subject to approval by the Court after notice and a hearing in accordance with 11 U.S.C. § 330.

4.     No claim investigated or pursued by the Prince Firm shall abandoned, assigned or distributed for the benefit of any persons other than non-insider creditors of the Debtors' estates without an express without the express authorization of the Court and compensation to the bankruptcy estates for the cost incurred in investigating and pursuing any such claim.

ENTERED at San Juan, Puerto Rico.

Date:   May 12, 2006                    /s/ J. Michael Deasy
                                        J. Michael Deasy
                                        Bankruptcy Judge
                                        sitting by designation