## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF PUERTO RICO

IN RE:                                                    :
                                                          :
EL COMANDANTE MANAGEMENT                                  :        Case No. 04-10938
COMPANY, LLC, et al.,                                     :        Chapter 11
                                                          :
   Debtors.                                               :        (Jointly Administered)
                                                          :
_____                  :

## OPINION AND ORDER

This case is before the court upon Motion for Stay Pending Appeal filed on August 21, 2006 by the Hon. Juan Vaquer Castrodad ("Mr. Vaquer"), Executive Director of the Land Administration of Puerto Rico. (Docket No. 1540). No specific action is taken as to this motion because on even date the court entered an order granting Mr. Vaquer's Motion for Stay Pending Appeal, filed on August 18, 2006 (Docket No. 1525). Therefore, the motion (Docket No. 1540) is moot. The contested matter is stayed pending a decision by the appellate court on whether or not Mr. Vaquer is entitled to the qualified immunity defense.

SO ORDERED.

In San Juan, Puerto Rico, this 14th day of September, 2006.

ENRIQUE S. LAMOUTTE
U.S. Bankruptcy Judge

AO 72
(Rev. 8/82)