IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

EL COMANDANTE MANAGEMENT COMPANY LLC

XXX-XX1261

Debtor(s)

CASE NO. 04-10938 ESL

Chapter 11

FILED & ENTERED ON 01/26/2007

## O R D E R

The court having considered the application of the debtor to employ attorney and declaration in support thereof, and it appearing that Jose R. Cancio Bigas is a disinterested person and that the employment of said attorney is in the best interest of this estate, it is hereby

ORDERED that the debtor herein is authorized to employ Jose R. Cancio Bigas as attorney, with compensation to be paid in such amounts as may be allowed by the Court upon proper application or applications therefor.[1] The $50,000.00 retainer shall be kept in the Allowed Adminstrative Expense Claim Reserve Account of the Secured Creditor Plan, pending an application for compensation and approval by the court to draw on the same.

San Juan, Puerto Rico, this 26 day of January, 2007.

*[signature]*

ENRIQUE S. LAMOUTTE INCLAN
U.S. Bankruptcy Judge

C:   DEBTOR(S)
     DAVID GODREAU
     WELLS FARGO BANK, NATIONAL ASSOCIATION, UST, JOSE R. CANCIO

---

[1] Note: The application must be based on .10 hour minimum billing increments.